DADE COUNTY, FLORIDA, *Appellant*, v. THE STATE OF FLOR-
IDA, *Appellee.* S. BOBO DEEN, AND J. S. RAINEY,
*Intervenors.*

Decision Filed December 15, 1922.

An Appeal from the Circuit Court for Dade County:
H. Pierre Branning, Judge.

*McCaskill & McCaskill,* for Appellant;

*James M. Carson,* for Appellee.

PER CURIAM.—This cause having heretofore been sub-
mitted to the court upon the transcript of the record of the
the order herein, and briefs and argument of counsel for
the respective parties, and the record having been seen and
inspected, and the court being now advised of its judgment
to be given in the premises, it seems to the court that there
is no error in the said order; it is, therefore, considered,
ordered and adjudged by the court that the said order
of the Circuit Court be, and the same is hereby affirmed.

All concur.